IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) No. 10 CR 201 |
| | ) Judge Geraldine Soat Brown |
| | ) |
| MIGUEL ECHEVARRIA | ) |

## AGREED ORDER

It is hereby ordered, upon agreement of the parties, that the bond conditions of MIGUEL ECHEVARRIA are modified to permit him to leave his home on April 7, 2010 to attend the surgery of his wife at Resurrection Hospital, Chicago, Illinois. It is further ordered that Mr. Echevarria is required to provide the U.S. Pretrial Services office his contact information and itinerary for April 7, 2010.

SO ORDERED:

_Geraldine Soat Brown_
U.S. Magistrate Judge
Geraldine Soat Brown

Entered:

_April 6, 2010_